BRIDGET WARD, as Administratrix, etc., Appellant, *v.* THE ROCHESTER ELECTRIC RAILWAY COMPANY, Respondent.

(Argued December 21, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which denied a motion for a new trial and ordered judgment for defendant upon a decision of the court nonsuiting plaintiffs on trial at Circuit.

*Quincy Van Voorhis* for appellant.

*Theodore Bacon* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

In the Matter of the Judicial Settlement of the Accounts of ELIZUR V. FOOTE et al., as Executors, etc.

(Submitted December 21, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 17, 1893, which affirmed a decree of the Surrogate's Court of New York county settling the accounts of the executors of Henry S. Valentine, deceased.

*James F. Malcolm* and *James B. Lockwood* for appellants.

*John Delahunty* for respondents.

Agree to affirm on opinion below.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.